## UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia (Alexandria)

IN RE:

Debtors: Juan Carlos Guzman and Orfania Colato Ayala

Case No.:    12-17153

Loan Number (Last 4):    2499

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Long Beach Mortgage Loan Trust 2005-2 | Chase Record Center |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| 3815 South West Temple | Court Claim # (if known): 15 |
| Salt Lake City, UT 84115 | Amount of Claim:    $414,408.72 |
| | Date Claim Filed:    04/12/2013 |
| Phone:   800-258-8602 | Last Four Digits of Acct #:    1598 |
| Last Four Digits of Acct #:   2499 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone:   800-258-8602

Last Four Digits of Acct #:   2499

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Diana Duarte                                              Date:   07/14/2013
      Authorized Filing Agent
      (Approved by: Gina Hiatt)

Specific Contact Information:
P: 800-258-8602
Gina.Hiatt@spservicing.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

438483-83729018-38de-4a07-ae9b-5b1849bc30e5